

# THE THIRTEENTH COURT OF APPEALS

13-13-00408-CV

DANA BISHOP

v.

VRM (VENDOR RESOURCE MANAGEMENT DULY AUTHORIZED AGENT FOR THE
SECRETARY OF VETERANS AFFAIRS)

On Appeal from the
County Court at Law No. 4 of Williamson County, Texas
Trial Cause No. 12-1897-CC4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed as moot. The Court orders the appeal DISMISSED AS MOOT in accordance with its opinion. Costs of the appeal are adjudged against appellant although she is exempt from payment due to her affidavit to inability to pay costs.

We further order this decision certified below for observance.

January 16, 2014